MINUTE ENTRY
VITTER, J.
NOVEMBER 7, 2019
JS10 - 00:16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL DOCKET |
| VERSUS | NO. 19-13425 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION: D (2) |

## MOTION HEARING

COURTROOM DEPUTY:  Melissa Verdun
COURT REPORTER:  Nichelle Drake
LAW CLERK:  Derbigny Daroca

APPEARANCES:  Ellie Schilling and Samuel Josephs, Counsel for plaintiff
Kim Boyle, M. Nan Alessandra Howard Boyd, Counsel for defendant

Court begins at 10:48 a.m.
Case called; all present and ready.
Court noted that it had previously advised all counsel of its association with Tulane Law School. Counsel has no objection to the matter proceeding in this Court.
Motion to Appear Pro Hac Vice filed on behalf of Attorney Samuel Josephs. No objection from defendant as to counsel appearing. Court will grant the Motion to Appear Pro Hac Vice.
Counsel for defendant advises that the parties have reached an agreement regarding the Application for a Temporary Restraining Order.
Defendant will allow plaintiff to return to classes through the Fall 2019 semester. Defendant will allow plaintiff to retake any exams missed and plaintiff's absences/missed work will not count against him.
Defendant will lift the hold previously placed on Plaintiff's school records.
Defendant will provide the redacted investigation report as well as the complete record to Plaintiff by close of business on Friday, November 15, 2019.
Defendant will assist Plaintiff in obtaining living arrangements off campus.
Previous restrictions already in place shall remain in place (no study abroad, no joining fraternity, and no holding office in student body organization).
Plaintiff will not have any contact with Jane Doe or any of Jane Doe's friends in order to contact Jane Doe.
Counsel for Plaintiff confirms the agreement as indicated.
IT IS ORDERED that the Motion for Temporary Restraining Order, rec. doc. 2 is DISMISSED AS MOOT IN PART.
IT IS FURTHER ORDERED that a hearing regarding the Motion for Preliminary Injunction is set in this matter for Wednesday, January 8, 2020 at 9:00 a.m.
Counsel will confer and draft a Protective Order will be filed in the record at a later date.
The parties will contact Magistrate Judge Joseph C. Wilkinson's Chambers as soon as possible to schedule a conference to determine a discovery schedule.
Court ends at 11:04 a.m.

WBV