UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHN DOE

VERSUS

THE ADMINISTRATORS OF THE
TULANE EDUCATIONAL FUND

CIVIL ACTION NO. 19-13425

SECTION "D"
DISTRICT JUDGE VITTER

MAG. DIV. (2)
MAG. JUDGE WILKINSON

## DEFENDANT'S MOTION TO COMPEL DISCOVERY

NOW INTO COURT, through undersigned counsel, comes Defendant, The Administrators of the Tulane Educational Fund, ("Defendant" or "Tulane"), who moves this Honorable Court to compel Plaintiff, John Doe, to produce full and complete responses to Defendant's First Set of Interrogatories and First Requests for Production of Documents, without further delay, for the reasons set forth in the accompanying Memorandum in Support.

## CERTIFICATE OF COUNSEL

Defendant's counsel and Plaintiff's counsel have exchanged written communications regarding Defendant's objections to Plaintiff's responses to Defendant's Discovery Requests. The parties also held a discovery meet and confer conference on December 2, 2019 in a good faith effort to resolve discovery issues without judicial intervention. Plaintiff's counsel has agreed to provide supplemental responses to Defendant's Discovery Requests by December 6, 2019 in response to Defendant's objections. However, due to the expedited discovery schedule in this case, the motion to compel deadline in this matter is December 3rd; thus, Plaintiff's supplemental responses and production will not be received until December 6th. Consequently, Defendant has no way of knowing as of December 3rd whether Plaintiff's supplemental responses will be full and complete responses in satisfaction of Defendant's objections, as

1

PD.27537301.1

Defendant is unable to review Plaintiff's supplemental production prior to the December 3rd motion to compel deadline.  Out of an abundance of caution, Defendant is constrained to file the instant motion to compel to address the outstanding discovery issues raised by Defendant to Plaintiff that remain unresolved and outstanding as of the Motion to Compel deadline.  Hence, judicial intervention is now warranted.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By:   */s/ M. Nan Alessandra*
        M. NAN ALESSANDRA, T.A. (#16783)
        KIM M. BOYLE (#18133)
        Canal Place
        365 Canal Street – Suite 2000
        New Orleans, LA  70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Email: nan.alessandra@phelps.com
                kim.boyle@phelps.com

**ATTORNEYS FOR DEFENDANT, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**

2

PD.27537301.1