UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION NO. 19-13425 |
| VERSUS | SECTION "D" |
| | DISTRICT JUDGE VITTER |
| THE ADMINISTRATORS OF THE | |
| TULANE EDUCATIONAL FUND | MAG. DIV. (2) |
| | MAG. JUDGE WILKINSON |

## DEFENDANT'S APPEAL FROM AND OBJECTION TO MAGISTRATE JUDGE'S RULING

NOW INTO COURT, through undersigned counsel, come Defendant, the Administrators of the Tulane Educational Fund, ("Tulane"), who, without waiving and expressly reserving any other motions, arguments, objections and/or defenses to this action, appear solely pursuant to Fed. R. Civ. Proc. 72(a) to respectfully submit Defendant's Appeal From and Objection to Magistrate's Judge's Ruling, in response to the Magistrate's Depositions Order and Reasons (Rec. Doc. 25).  For the factual and legal reasons detailed more fully in the attached Memorandum in Support, Defendants respectfully submits the granting of this appeal and objection is warranted, and respectfully move this Court for an order sustaining Defendant's limited appeal and objection, and providing reasonable limitations and safeguards on the deposition of non-party Jane Roe.

WHEREFORE, Defendants, the Administrators of the Tulane Educational Fund, respectfully requests that this appeal and objection of the Magistrate's ruling be sustained; and an order entered by this Court providing reasonable limitations and safeguards on the deposition of non-party Jane Roe.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By*:        /s/ M. Nan Alessandra*
M. NAN ALESSANDRA, T.A. (#16783)
KIM M. BOYLE (#18133)
Canal Place
365 Canal Street – Suite 2000
New Orleans, LA   70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: nan.alessandra@phelps.com
kim.boyle@phelps.com

**ATTORNEYS FOR DEFENDANT, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**

2