UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION NO. 19-13425 |
| VERSUS | SECTION "D" |
| | DISTRICT JUDGE VITTER |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | MAG. DIV. (2) |
| | MAG. JUDGE WILKINSON |

### ORDER

Considering the foregoing Ex Parte Motion for Expedited Submission on Defendant's Appeal from and Objection to Magistrate's Ruling (R. Doc. 33), filed on behalf of Defendant, the Administrators of the Tulane Educational Fund ("Tulane" or "Defendant"),

IT IS ORDERED BY THE COURT that Defendant's Ex Parte Motion for Expedited Submission on Defendant's Appeal from and Objection to Magistrate's Ruling, be, and the same is hereby GRANTED, and that Defendant's Appeal from and Objection to Magistrate's Ruling will be submitted on the 17th day of December, 2019.

New Orleans, Louisiana, this 11th day of December, 2019.

*Wendy B Vitter*
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE