UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION NO. 19-13425 |
| VERSUS | SECTION "D" |
| | DISTRICT JUDGE VITTER |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | MAG. DIV. (2) |
| | MAG. JUDGE WILKINSON |

### DEFENDANT'S RE-URGED MOTION TO COMPEL DISCOVERY

NOW INTO COURT, through undersigned counsel, comes Defendant, The Administrators of the Tulane Educational Fund, ("Defendant" or "Tulane"), who re-urges its Motion to Compel originally filed on December 4, 2019 (Rec. Doc. 29), and moves this Honorable Court to compel Plaintiff, John Doe, to produce full and complete responses to Defendant's First Requests for Production of Documents, without further delay, for the reasons set forth in the accompanying Memorandum in Support.

### CERTIFICATE OF COUNSEL

Defendant's counsel and Plaintiff's counsel have exchanged written communications regarding Defendant's objections to Plaintiff's supplemental responses to Defendant's First Requests for Production of Documents. The parties also held a discovery meet and confer conference on December 13, 2019 in a good faith effort to resolve the discovery issues without judicial intervention. Plaintiff's counsel has not agreed to produce the information requested by Defendant. Due to the expedited discovery schedule in this case, and the fact that depositions are ongoing and will continue on Monday, December 16th, Defendant is constrained to re-urge its motion to compel to address the outstanding discovery issues raised by Defendant to Plaintiff

1

that remain unresolved and outstanding as of the filing of the instant motion. Hence, judicial intervention is now warranted.

                Respectfully submitted,

                **PHELPS DUNBAR LLP**

                By: */s/ M. Nan Alessandra*
                     M. NAN ALESSANDRA, T.A. (#16783)
                     KIM M. BOYLE (#18133)
                     Canal Place
                     365 Canal Street – Suite 2000
                     New Orleans, LA  70130-6534
                     Telephone: (504) 566-1311
                     Telecopier: (504) 568-9130
                     Email: nan.alessandra@phelps.com
                            kim.boyle@phelps.com

                **ATTORNEYS FOR DEFENDANT, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**