# EXHIBIT B

**EXHIBIT B**

**From:** Nan Alessandra (1297)
**Sent:** Monday, December 2, 2019 2:54 PM
**To:** 'Samuel Josephs' <sam@spertuslaw.com>
**Cc:** Ellie Schilling <Ellie@semmlaw.com>; Ian Atkinson <Ian@semmlaw.com>; Lindsey Hay <lhay@spertuslaw.com>; Kim Boyle (1790) <Kim.Boyle@phelps.com>; Boyd, Howard T (hboyd1@tulane.edu) <hboyd1@tulane.edu>
**Subject:** RE: Doe v. Tulane
**Importance:** High

Sam,

In response to the deposition dates we had proposed for the week of December 9th, you proposed depositions during the week of December 16th instead. In that regard, we have checked again with those individuals you wish to depose and the following deposition schedule has been revised per each person's limited availability:

December 16th Chris Zacharda
December 17th Dawn Broussard(until 3:30 per DB prior schedule. Note: we will need to start this deposition early as Ms. Broussard needs a firm stop time at 3:30 and is not available December 19th or 20th).
December 18th Lex Brickner in NC(this is the date she is available so please confirm if this is going forward since the deposition would need to be facilitated in NC)
December 19th Meredith Smith

This will confirm that the appeal panel members will be deposed along with Avery Pardee will be deposed on December 12th and December 13th.

I understand you will be working with Debra Fischman on scheduling the deposition of Jane Roe and I also understand you want to depose Dorsey Ensor.

Please confirm the deposition scheduling since it will impact the scheduling of all involved, particularly the deponents who are making them available within limited date range.

Thanks,

Nan

---

**M. Nan Alessandra**
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
Direct: 504-584-9297
Fax: 504-568-9130
Email: nan.alessandra@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Samuel Josephs <sam@spertuslaw.com>
**Sent:** Sunday, December 1, 2019 6:58 PM
**To:** Nan Alessandra (1297) <Nan.Alessandra@phelps.com>; Kim Boyle (1790) <Kim.Boyle@phelps.com>; Howard T Boyd <hboyd1@tulane.edu>
**Cc:** Ellie Schilling <Ellie@semmlaw.com>; Ian Atkinson <Ian@semmlaw.com>; Lindsey Hay <lhay@spertuslaw.com>
**Subject:** Doe v. Tulane

Nan and all:

Hope everyone had an enjoyable Thanksgiving.  We are available for a meet and confer call tomorrow, Monday, at 5pm CST.  Let us know if that works for you.

As to scheduling issues, we agree to the deposition schedule that you propose for December 12 and 13 so please schedule Alicia Domangue, Jamieka C. Greer, Julia Hankins, and Avery Pardee for those dates.  As to the others, as we previously discussed with you and pursuant to the schedule that we agreed upon and that the Court adopted, we are not able to take the depositions of Chris Zacharda, Dawn Broussard, or Meredith Smith prior to the week of December 16, by which time we anticipate having a decision from Judge Wilkinson on the parties' motions to compel.  Please let us know when these individuals are available during the week of December 16 as we previously discussed.

With respect to Ms. Ensor, we would very much like to be sensitive to her schedule rather than simply noticing a date to depose her by way of a subpoena, so we would once again request your assistance in facilitating her deposition.  Otherwise, we plan to notice her deposition for early in the week of December 9.  We will work with Ms. Fischman on a mutually agreeable date for Ms. Kheirolomoom's deposition.  As you know, Ellie has already been in touch with her and we hope to hear back from Ms. Fischman with a date shortly.

Thanks very much. Please let us know about your availability for a call tomorrow at 5.

Best,
Sam

Samuel A. Josephs
Spertus, Landes & Umhofer, LLP
617 West 7th Street, Suite 200
Los Angeles, CA 90017
t: (213) 205.6520
sjosephs@spertuslaw.com