UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13425-WBV-JCW** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATION FUND** | **SECTION D(2)** |

## ORDER

A hearing on Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (R. Doc. 2) is set for Wednesday, January 8, 2020, at 2:30 p.m. The Court notes that only the Motion for Preliminary Injunction remains pending.

**IT IS ORDERED** that the hearing on the Motion for Preliminary Injunction shall proceed in accordance with the following deadlines:

(1) Any stipulations that have been reached are to be signed by all counsel, labeled "Trial Stipulations," and electronically filed, on or before <u>Tuesday, January 7, 2020, at 9:00 a.m.</u>

(2) If deposition testimony is to be submitted in lieu of live testimony, counsel are to confer regarding the portions of the deposition transcript that are irrelevant. Those portions are to be redacted from the single transcript to be used at the hearing. The parties shall file objections, if any, to deposition testimony by way of short memoranda no later than <u>Monday, January 6, 2020, at 3:00 p.m.</u>, with oppositions thereto to be electronically filed on <u>the same day by 5:00 p.m.</u> Objections must be

identified by page and line number.  Counsel are to promptly confer relative to any necessary conferences to be held by them in advance of this deadline to ensure that each deadline can be and is met.

The parties shall submit a copy of the redacted deposition transcript(s) for the Court to be able to rule on any objection(s).  These are also to be electronically filed unless they are voluminous.  If voluminous, a copy is to be delivered to chambers.

(3)  Expert witness reports, if any, must be submitted to chambers no later than <u>Monday, January 6, 2020 at 3:00 p.m.</u>

(4)  The Court notes that the parties have filed exhibit lists (R. Docs. 68, 70). The Court further requires that counsel are to confer regarding the exhibits that each side presently intends to introduce at trial and, thereafter, prepare two <u>joint</u> exhibit books (or set of exhibit books) with a <u>single</u> numbering system to be used at the hearing.  The exhibit book(s) must be tabbed by exhibit and contain an index of the exhibits. An exhibit number <u>must</u> appear on each exhibit, and any *in globo* exhibits <u>must</u> contain page or Bates numbers.  The two exhibit books to be used by the judge and the Court's law clerk during the hearing must be delivered to chambers no later <u>Monday, January 6, 2020 at 5:00 p.m.</u>

The two exhibit books provided for the judge's use must include all exhibits that the parties presently intend to introduce at trial.  Exhibits to which there are no objections, or to which any objections have been overruled by the Court, shall be listed first on the index and placed in the front of the exhibit books.  Exhibits to which

there are pending objections shall be listed at the end of the index and placed at the back of the exhibit books.

At the beginning of the hearing, counsel are to be prepared, and shall be instructed, to stipulate into evidence all of the exhibits to which there are no objections, as well as any exhibits to which the Court has overruled objections.

Counsel are to confer regarding preparation of any copies of the exhibit book(s) to be used by them during trial. A paper copy of the admitted exhibits also will be needed for the <u>Court's record</u> for this action. A copy of the exhibit book to be used by a <u>witness</u>, if one is to be provided for use by the witness, must be brought to Court on the morning of the hearing, and shall not contain any exhibits to which there are pending objections, unless and until those objections are overruled by the Court. Generally, however, exhibits are to be shown to the witness on the courtroom's multiple display screens by means of the Court's computer equipment and/or counsel's laptop computer.

(5) Counsel are to make an appointment with the Case Manager prior to the hearing to familiarize themselves and their support staff with the courtroom technology if they are not already experienced in its use. Counsel are required to contact the Case Manager at 504-589-7683 before Monday, January 6, 2020 at 3:00 p.m.

(6) Unless otherwise agreed by counsel, any demonstrative exhibits are to be exchanged with opposing counsel no later than <u>Monday, January 6, 2020 at 3:00 p.m.</u>

(7)  The Court will  allow 15 minutes per side for opening statements and 15 minutes per side for closing arguments.  Additionally,  it will be determined, at the close of the hearing, whether post-hearing memoranda will be required or allowed.

(8) The Court will determine at the conclusion of hearing whether any post-hearing memoranda are necessary and, if necessary, the Court will establish a briefing schedule.

New Orleans, Louisiana, this the 3rd day of January, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**