MINUTE ENTRY
WILKINSON, M. J.
JANUARY 3, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN DOE                                                    CIVIL ACTION

VERSUS                                                      NO. 19-13425

ADMINISTRATORS OF THE                                      SECTION "D" (2)
TULANE EDUCATIONAL FUND

    A settlement conference was conducted on this date before the undersigned magistrate judge.  After discussions, the court was advised that the outline of a tentative settlement has been reached, with some details to be finalized before a complete agreement can be recorded. Counsel must call me jointly at 504-589-7630 on January 6, 2020 at 3:00 p.m. to report on the status of their discussions.

    JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. WENDY B. VITTER**

**MJSTAR   3:25**