MINUTE ENTRY
WILKINSON, M. J.
JANUARY 6, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION |
| VERSUS | NO. 19-13425 |
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | SECTION "D" (2) |

      An in-person settlement conference was conducted on January 3, 2020, before the undersigned magistrate judge. After follow-up discussions via telephone, the court has been advised by Ellie Schilling, Ian Atkinson and Samuel Josephs, counsel for plaintiff; Howard Boyd, in-house counsel for Tulane; and Nan Alessandra and Kim Boyle, counsel for defendant, that a settlement has been reached.  By copy of this minute entry, Judge Vitter is advised so that she may enter an appropriate conditional dismissal order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. WENDY B. VITTER**

**MJSTAR:  0:10**