UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN DOE, | * | **CIVIL ACTION NO.: 19-cv-13425** |
| | * | |
| Plaintiff | * | **SECTION: "D"** |
| | * | |
| v. | * | **DISTRICT JUDGE VITTER** |
| | * | **MAGISTRATE: DIV. (2)** |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, | * | **MAG. JUDGE WILKINSON** |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, John Doe, and Defendant, The Administrators of the Tulane Educational Fund, who advise the Court that the above-referenced matter has been resolved and therefore respectfully request that the above-captioned lawsuit be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees, as agreed by the parties.

**WHEREFORE**, Plaintiff, John Doe, and Defendant, The Administrators of the Tulane Educational Fund, respectfully prays that this Motion be granted, and the above-captioned lawsuit be dismissed, with prejudice.

Respectfully Submitted,

*/s/ Ellie T. Schilling*
Ellie T. Schilling, 33358
Ian L. Atkinson, 31605
Schonekas, Evans, McGoey
& McEachin, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Facsimile: (504) 680-6051
ellie@semmlaw.com
ian@semmlaw.com

1

-and-

Samuel A. Josephs, (*pro hac vice* admission)
Lindsey M. Hay, (*pro hac vice* admission)
Spertus, Landes & Umhofer, LLP
617 W. 7th Street, Suite 200
Los Angeles, CA 90017
Telephone: (213) 205-6520
Facsimile: (213) 826-4711
sjosephs@spertuslaw.com
lhay@spertuslaw.com

**ATTORNEYS FOR JOHN DOE**

-and-

M. Nan Alessandra (#16783)
Kim M. Boyle (#18133)
Phelps Dunbar LLP
Canal Place
365 Canal Street – Suite 2000
New Orleans, LA   70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
nan.alessandra@phelps.com
kim.boyle@phelps.com

**ATTORNEYS FOR DEFENDANT,
THE ADMINISTRATORS OF THE TULANE
EDUCATIONAL FUND**

2